```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

ROBERT RALPH DIPIETRO,           *

    Plaintiff,               *

vs.                              *

                                   CASE NO. 4:20-CV-35 (CDL)

LOCKHART, *et al.*,               *

    Defendants.              *

                                     *

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 8, 2021 is hereby approved, adopted, and made the Order of the Court. The Court considered Defendant's objections to the Report and Recommendation and finds that they lack merit.

The stay of discovery in this action is lifted. This case shall remain referred to the Magistrate Judge for pretrial management, including discovery.

IT IS SO ORDERED, this 23rd day of April, 2021.

                                                    S/Clay D. Land
                                                    CLAY D. LAND
                                                    U.S. DISTRICT COURT JUDGE
                                                    MIDDLE DISTRICT OF GEORGIA