IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ROBERT RALPH DIPIETRO, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 4:20-CV-35 (CDL) |
| LARETHA URETT LOCKHART, | * |
| Defendant. | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 13, 2022 is hereby approved, adopted, and made the Order of the Court. The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 30th day of August, 2022.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA