# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

ROBERT RALPH DIPIETRO,     )
                                 )
     Plaintiff,         )
                                 )     CIVIL ACTION
v.                             )     NO. 4:20-cv-00035-CDL
                                 )
DR. LARETHA URETT LOCKHART,   )
                                 )
     Defendant.     )
                                 )

## ORDER

WHEREAS, the Parties hope to resolve this matter without further litigation;

WHEREAS, the Parties believe that mediation would be helpful in resolving this matter; and

WHEREAS, a United States Magistrate Judge, is willing to serve as a mediator in this matter;

NOW THEREFORE, it is ORDERED that this case be referred to United States Magistrate Judge Amy Helmick, for mediation at a time and place convenient to her schedule.

SO ORDERED, THIS 5th day of February, 2026.

By: S/Clay D. Land
     CLAY D. LAND
     United States District Judge